■ GENE FUSCO, Respondent, v. ANGELINA ORLANDO et al., Appellants. and JOSEPH CASTELLANETA et al., Respondents.— In an action to foreclose a mechanic's lien, defendants Orlando appeal from a judgment which decrees that plaintiff have a valid first lien in the sum of $18,630.06 on the property of defendant Angelina Orlando, validates two junior liens, and provides for foreclosure and public sale of the property in the event of nonpayment. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.